GREGORY B. SMITH (USB # 6657)
GREG SMITH AND ASSOCIATES PC
111 E 5600 S #105
MURRAY, UT 84107
Telephone: (801) 651-1512
gs@justiceinutahnow.com
Attorney for Defendants

---

**IN THE UNITED STATES DISTRICT COURT OF THE TENTH CIRCUIT
SALT LAKE COUNTY, UTAH**

| | |
|---|---|
| ANA RAPHAEL and ANTONIO GARCIA as individuals, BR SHINE LLC, and ANA RAPHAEL, ANTONIO GARCIA as Parents of the Minor JG, on behalf of their child, and as parents and next friends of JG. | **COMPLAINT AND DEMAND FOR JURY** |
| Petitioner/Plaintiff, | Civil Number |
| vs. | |
| GREG WISEMAN, APARTMENT MANAGEMENT CONSULTANTS LLC ("AMC"). | Judge |
| Defendants. | |

NOW COME PLAINTIFFS, ANTONIO GARCIA AND ANA RAPHAEL AS INDIVIDUALS, AND AS PARENTS OF THE MINOR JG, AND AS NEXT FRIENDS OF JG, AND BR SHINE, UTAH LLC, by their attorney complain as follows:

### I. PARTIES

JG, Antonio García, Ana Raphael, and Greg Wiseman are individual citizens, who reside in Utah. Apartment Management Consultants is an LLC.  Here is how the state of Utah lists it: Entity Number: 4752288-0160

Company Type: LLC – Domestic; Address: 1954 E FORT UNION BLVD STE 500 COTTONWOOD

1

HEIGHTS, UT 84121; State of Origin: UT; Registered Agent: CT CORPORATION SYSTEM Registered Agent Address: 1108 E SOUTH UNION AVE, Midvale, UT 84047.  BR SHINE is a Utah limited liability company in good standing.

## II. JURISDICTION

The Court has jurisdiction under § 18 USC 2510 et seq. The Court this has been filed in is a court of general jurisdiction, and under 29 U.S. Code Chapter 8 - FAIR LABOR STANDARDS (and 29 U.S. Code § 216 - Penalties), The Court also has supplemental jurisdiction pursuant to 28 U.S. Code § 1367. Supplemental jurisdiction is needed for "gap time," in other words, for wages that were earned above and beyond minimum wage, but perhaps not part of overtime hours, and which arise out of general Utah contract law and laws of equity.[1]

## III. VENUE

Venue is proper in this Court pursuant to Utah Code § 78B-3-304(2) because the activities either took place in Salt Lake County, State of Utah, or that is where Defendants reside.

## IV.  STATEMENT OF THE FACTS

1. On or about February of 2008, AMC, which is owned by Greg Wiseman, hired Ana Raphael ("Ana").

2. At all times while Ana worked for AMC, Greg Wiseman and AMC had operational and managerial control over her (Greg and AMC are collectively referred to as "the Enterprise").

3. At all times Ana worked for the Enterprise, it was a "covered" enterprise for purposes of the United States Fair Labor Standard Act ("FLSA").

---

[1]Plaintiff is seeking what he is owed under the FLSA, plus "gap time," and unjust enrichment which relies on Utah state claims such as breach of contract and unjust enrichment/*quantum meruit*. In other words, for wages for fewer than forty hours per week at a rate greater than the minimum wage-which are not recoverable under the FLSA. Plaintiff's recovery of such "gap time" wages is premised on the notion that an employer may not be liable under the FLSA "as long as the overall earnings for the non- overtime workweek in which the gap time hours worked equal or exceeded the amount due at the FLSA minimum wage for all hours worked in that week, including gap time hours." Federal Courts have allowed such claims for unjust enrichment or *quantum meruit* to proceed when the claim seeks something more than what the FLSA can provide—such as regular wages not paid at the contracted rate or "gap time" wages. *See* Tommey v. Computer Scis. Corp., No. 11-CV-02214-EFM-GLR, 2013 WL 1000659, at *2 (D. Kan. Mar. 13, 2013); *Sanchez v. Haltz Construction, Inc.,* 2012 WL 13514, *8 (N.D.Ill. Jan. 4, 2012) (citing *Nicholson v. UTi Worldwide, Inc.,* 2010 WL 551551, at *5 (S.D.Ill. Feb. 12, 2010)); *Osby v. Citigroup, Inc.,* 2008 WL 2074102, *2 (W.D.Mo. May 14, 2008).

4.  Over the past three years, she has worked on average about sixty (60) hours per week.

5.  The Enterprise was put on actual or constructive notice of that work, which benefitted the Enterprise.

6.  Ana's duties were very stressful, which included, but were not limited to the following:

    1.  Bookkeeping and sundry office duties (usually this took place between 5 PM and 11 PM).

    2.  Make sure apartments were ready to be leased.

    3.  Make reports.

    4.  Check emails.

    5.  Talk to renters to make sure they were taken care of.

    6.  Follow up on work orders.

    7.  Make sure the properly was clean.

    8.  Repaired items.

    9.  Checked locks (items 6.2-6.9 usually took place between 7:30 AM and 5).

7.  She was told she would be paid $29.69 per hour, and was given a document that stated such (Exhibit A).

8.  Her last paycheck showed she was paid $29.69 per hour for 32 hours for $950.08 (Exhibit B).

9.  She was confused by how she was paid, and once the Enterprise told her they would only pay her for 80 hours per paycheck, and that she should think of her pay as a salary.

10. She was told that if she missed part of a day's work, she could be fired.

    1.  The stress of the job finally caused her to breakdown, and she had to see a doctor.

    2.  The doctor told her the job was too stressful, and that Ana had to have more rest time.  In other words, she could not work bell to bell virtually every day.

    3.  On or about May 26, 2016, Ana informed the Enterprise of her medical condition (the left side of her face was becoming numb and tingling – perhaps a stroke was coming on), and that she was was going to need more rest time while at work.

    4.  While Ana was in the hospital, Casey called her repeatedly to talk about work.

    5.  Even though the doctor instructed that Ana needed one week off, the Enterprise demanded that she work as she had been doing (the Enterprise did not find it acceptable that she might only be able to

3

work part of some days).

6. Casey suggested Ana was faking, and that Ana needed to get back to work.

7. Casey told Ana that if Ana took prescription meds, Ana would be coming to work "high," and that was not acceptable.

8. When the Enterprise saw that Ana was not going to be able to work 80 hours per week, they fired her (even though they clearly knew she was in a disabled condition, which required reasonable accommodation – Ana is in the process of handling that matter now (her Americans with Disabilities Act issues) with the proper administrative agencies).

11. She was told that when her pay was $23.69 by Chantell, which was Ana's hourly rate for the four years or so prior to January 4, 2016 (Exhibit A).

12. While working for the Enterprise, Ana Raphael did not want to rock the boat (and possibly lose her job) by complaining about how many hours she was being shorted every paycheck (which on average, was about eighty (80) hours or so per paycheck).

13. In other words, not only was she not being paid the straight time she was owed, she was not paid time and half for the extra forty (40) hours or so she was working each week.

14. In other words, going back three (3) years, Ana worked about 5,200 hours (for the first two and half of those years) for which she was not paid anything.  During that time she should have been paid time and half ($35.53) for all those hours (totaling $184,782).

15. The liquidated damages on those unpaid hours is $123,188 ($11.84 would have been the ½ time rate, when that is multiplied by 5,200 is $61,568).

16. In other words, she was shorted $246,350 based on what the Enterprise agreed to pay her (for just the first 2.5 years of the past 3 years), and on the mandates of the FLSA.

17. Over the last six months (25 weeks or so), her hourly rate was increased to $29.69. She worked approximately 1,000 overtime hours during that time period (January 2016 until about June 23, 2016) The time and a half rate for that is $44.53.  When  $44.53 is times by 1,000 = $44,530.

18. The liquidated damages amount on that is $14.85 times 1,000 = $14,845.

4

19. Thus, she is owed a total of $305,725.

20. The Enterprise hired Antonio Garcia to work for the Enterprise on or about August of 2015.

21. At first, Mr. Garcia was working as an independent contractor for the Enterprise, but over time that relationship evolved into that of employer-employee.

22. In other from about February of 2016 until about June 23, 2016, Antonio was the Enterprises employee.

23. Antonio Garcia did the following during that time:

    1. During that time (about 15 hours per day), he only worked on the Enterprise's projects.

    2. He did general labor work for the Enterprise such as cleaning, patching holes in apartments, painting, resurfacing countertops, fixing carpets, walls and doors, etc.

    3. The Enterprise did not pay him any overtime.

    4. The Enterprise was aware that he was putting in about 83 hours per week.

    5. He was paid around $19,000 for that work (by the Enterprise), but had to pay his own expenses, but was not paid any overtime.

    6. The Enterprise had both operational and managerial control over Antonio during that period.

    7. The person that supervised his work was Ana Raphael, Casey Wackerli, Lindsay Daniels and Mikel Bohannan.

24. The enterprise exercised a great degree of control over Antonio:

    1. They expected him to be on the job by about 7 AM.

    2. They told him how his jobs were to be done.

25. Antonio was given very little opportunity for profit or loss (what he was to make was a low wage)

26. Other than bringing a professional grade carpet cleaner with him at times, Antonio's investment in the endeavor (work for the Enterprise) was very small (no other special equipment).

27. The permanence of the working relationship was clear:  for about six months, he essentially only worked for the Enterprise, and that was from about 7 AM until about 11 PM daily (Monday through Saturday).

28. The degree of skill required to perform the work was not specialized.  In other words, it was basic back-breaking labor.

29. Now, the Enterprise and City Park Apartments (Bascom Lexington) are denying that they owe Antonio for the $34,000 of benefits that he he conferred on the Enterprise and City Park Apartments (Bascom Lexington).

30. Antonio is the owner of BR Shine ("BRS"), a Utah Limited Liability Company.

31. In form, BRS was doing the work for the Enterprise, but in substance, Antonio was doing it for the Enterprise as an employee.

32. Antonio Garcia did at least $34,000 of work that benefitted both the Enterprise and Bascom Lexington.

33. Antonio Garcia expected to be paid for that work.

34. The work he did was the type of work for which people expect to be paid.

35. Frustrated for not being paid, and not understanding the law, Antonio and Ana raised the issue that Antonio was not being paid.

36. Invoices were sent (the days of that are on the documents of Exhibit C).

37. Antonio assumed that the Enterprise was going to pay him for all the work he did on the City Park Apartments work.

38. The Enterprise had operational and managerial control over all the work Antonio did on City Park Apartments.

39. JG (17), whose action is brought by and through her parents, also worked for the Enterprise, putting in about 15 hours per week doing the following (for at least the past four years):

   1. Filing.

   2. Entered work ordered into the computer.

   3. Corrected files.

   4. Painted.

   5. Cleaned.

   6. Posted notes for tenants.

   7. Changed locks.

**V. CAUSES OF ACTION**

6

## COUNT I

### Fair Labor Standards Act of 1938, § 16(b), 29 U.S.C.A. § 216(b)

40.  Plaintiffs reallege and incorporate by reference the allegations contained in the paragraphs above.

41.  The FLSA requires covered employers to pay a minimum wage and overtime wages.

42.  The Enterprise was a covered employer the entire time Plaintiffs worked for Defendants.

43.  While working for Defendants, Plaintiffs were non-exempt employees, but Defendants refused to even pay Antonio Garcia minimum wage for the hours he worked for them, and failed to pay both Plaintiffs overtime.

44.  Section 16(b) of the FLSA, 29 U.S.C. § 216(b), 29 USC §§ 206-207 and other laws entitles an employee to recover all unpaid wages, an equivalent amount as liquidated damages, and reasonable attorneys' fees and costs when their employer has failed to pay minimum wages, for which Plaintiff prays.

45.  The amounts of damages will be proven at trial, but Ana's damages are given above, and Antonio estimates his damages are at least $45,000.

   1.  He estimates 1660 hours over about 20 weeks from February of 2016 until about June 23, 2016.

   2.  At minimum wage alone, that would be $12,035, plus an equal amount of liquidated damages.

   3.  The ½ rate on minimum wage would be $3.60.

   4.  He would be owed that, too, for 43 hours per week for 20 weeks (860 hours) for $3,096 dollars.  An equal amount would make that $6,192.00.

   5.  Totaling around $30,000.

   6.  Of course, that is for a minimum wage rate.  It should be calculated at the going labor rate, which would be more like $24 an hour, but that will be a factual issue.

   7.  Over the past three (3) years, JG worked 156 weeks @ 20 hours (3,120 hours), and yet, was paid nothing.

   8.  The Enterprise clearly knew she was working, and accepted the benefit of her work.

   9.  Minimum wage @ 3,120 hours is $22,620, when the liquidated damages are added, that's $45,240.

### COUNT II

**Unjust Enrichment/Quantum Meruit and/or Breach of Contract**

46. Plaintiff realleges and incorporates by reference the allegations contained in the paragraphs above.

47. Plaintiffs repeatedly and continuously conferred benefits on Defendants (and when Ana was hired, she was a leasing agent, since then, the work she has done for the Enterprise has gone way beyond her job description, and it would be unjust to allow the Enterprise not to pay for the all the extra work she's done for them over the years).

48. Defendants knew they were taking advantage of Plaintiffs because the benefits at issue were the type of benefits for which a person (particularly an employee) would normally be paid.

49. In other words, Defendants appreciated and had knowledge of the benefits at issue.

50. Finally, Defendants knowingly accepted and retained the benefits at issue under such circumstances as to make it inequitable for Defendants to retain the benefits of Plaintiffs' work without payment of that value to Plaintiffs.

51. If Antonio was an employee, he needs to be paid pursuant to the FLSA, if he was truly an independent contractor, then he (BRS) needs to be paid pursuant the invoices that are attached as Exhibit C.

**VI. JURY DEMAND**

52. Plaintiff requests a jury trial.

**VII. PRAYER FOR RELIEF**

41. Plaintiff requests and prays that this Court:

   a.  Adjudge and decree that Defendants have engaged in the conduct alleged herein;

   b.  Order that Defendants pay all statutory damages as a result of their unlawful conduct;

   c.  Order that Defendants pay all compensatory damages as a result of their unlawful conduct such as liquidated damages (an equal amount of the unpaid minimum/overtime wage);

   d.  Award attorneys' fees, expenses, and recoverable costs reasonably incurred in connection with the commencement and prosecution of this action; and

   e.  Grant all other such relief as the Court deems necessary and proper, and what has been prayed for

*supra*.

DATED this 20th of July 2016.

/s/ Gregory B. Smith

Attorney for Plaintiff

# Exhibit A



From: **Chantell Lavalaivs** c.lavalaivs@amcllc.net 📎
Subject: ECF
Date: January 5, 2016 at 2:29 PM
To: Ana Raphael ana.raphaell@me.com

Ana- attached is your ECF if you could please sign and send back to me. I also wanted to confirm that we are under an agreement that in Jan 2017 if you are unhappy at City Park we will move you to another location. If you love it you can stay. :)

-----Original Message-----
From: printers@amcllc.net [mailto:printers@amcllc.net]
Sent: Tuesday, January 05, 2016 2:07 PM
To: Chantell Lavalaivs
Subject:

This E-mail was sent from "RNPEBA8C8" (Aficio MP 5000).

Scan Date: 01.05.2016 14:06:50 (-0700)
Queries to: printers@amcllc.net

## EMPLOYEE CHANGE FORM (ECF)                            **AMC**
                                                         Agaratan Management Consultants, LLC

NOTE: For changes to an employee's personal information (address, marital status, etc.) have the employee complete and submit the Personal Data Change Request Form to Human Resources.
- Send to Cami Lloyd if you are located in CO, FL, IL, KS, MD, NC, OH, RI, TX, VA, UT (c.lloyd@amcllc.net)
- Send to Jacob Wiglama if you are located in AZ, CA, HI, ID, NV, MT, OR, WA, WY (j.wiglama@amcllc.net)

| Last Name: Raphael | First Name: Ana | Employee ID 001135 |
|---|---|---|

| Effective Date of Change: 1/4/16 | |
|---|---|
| Property Name: | Property Location Code: |

**MANDATORY:** Is this Employee an ECA? Circle one Yes or (No)

### JOB CHANGE / POSITION CHANGE / OR WAGE CHANGE

| Previous Position: Manager | New Position: Manager |
|---|---|
| Current GL Code: 66 2000 | New GL Code: 66 3000 |
| Current Pay Rate: 23.69 | New Pay Rate: 29.69 |
| Previous Status: Non-Exempt [Exempt] | New Status: Non Exempt *Exempt |
| Previous Status: | New Status: |
| Previous Supervisor: Chantell | New Supervisor: Chantell |

### TRANSFERS

| Departing Property: Atherton | Receiving Property: CPK City Park |
|---|---|
| Property Code: MM | Property Code: CPK |
| Departing GL Code: 66 3000 | New GL Code: 66 3000 |
| Does the employee live on an AMC managed property? Yes (No) Property Name: | |
| If yes attach Employee Living on Site Form | |
| Previous Supervisor: Chantell | New Supervisor: Chantell |

### RESIGNATION AND/OR TERMINATIONS

| Reason: | Resignation | Discharge | Laid Off | Retirement | Other |
|---|---|---|---|---|---|
| Eligible to Rehire? | | Person | | | |
| Supervisor: | | | | | |

| Comments: |
|---|

| Supervisor Signature: | Date: |
|---|---|
| Regional Mgr Signature:  | Date 1/6/16 |

# Exhibit B

**Apartment Management Consultants, LLC**
Pay Period: 06/05/16 - 06/18/16

**CPK**    Emp ID:001135  Ana M Raphael                **321898**
Date:06/23/16      Check #: 321898           Ck Amount:  $3,547.53

The accrual balances do not include Vacation or Sick taken on current check.

| Feature | Hours Avail |
|---|---|
| Vacation Accural 1 | 0.00 |
| Sick Accrual | 14.24 |
| Vacation Accrual 2 | 0.00 |
| Vacation Accrual 3 | 91.99 |

| | | HOURS | | AMT | |
|---|---|---|---|---|---|
| | Rate | Current | YTD | Current | YTD |
| **EARNINGS** | | | | | |
| Salary | | | 901.0000 | $0.00 | $26,695.49 |
| Regular | $29.69 | 32.0000 | 72.0000 | $950.08 | $1,897.68 |
| Paid Holiday | | | 32.0000 | $0.00 | $854.08 |
| Commissions 3 | | | | $548.63 | $7,984.46 |
| Pay Adjustment | | | | $0.00 | $55.20 |
| Vacation Pay 3 | $29.69 | 91.9900 | 115.9900 | $2,731.18 | $3,299.74 |
| Sick Pay | | | 43.0000 | $0.00 | $1,276.67 |
| Sick Accrual | | | 14.2400 | | |
| | | | EARNINGSTOTALS: | $4,229.89 | $42,063.32 |
| **PRE-TAX DEDUCTION** | | | | | |
| EyeMed Fam | | | | $17.16 | ($94.38) |
| Health Fam | | | | $452.70 | ($2,489.85) |
| Dental Fam | | | | $86.54 | ($475.97) |
| | | | PRE-TAX DEDUCTIONTOTALS: | $556.40 | ($3,060.20) |
| **TAX DEDUCTIONS** | | | | | |
| Social Security | | | | ($296.75) | ($2,418.18) |
| Medicare | | | | ($69.40) | ($565.58) |
| Federal Income Tax | | | | ($633.30) | ($3,547.30) |
| State Income Tax | | | | ($239.31) | ($1,817.75) |
| | | | TAX DEDUCTIONSTOTALS: | ($1,238.76) | ($8,348.81) |
| **OTHER DEDUCTIONS** | | | | | |
| Garnishment | | | | $0.00 | ($1,155.18) |
| | | | OTHER DEDUCTIONSTOTALS: | $0.00 | ($1,155.18) |
| | | | Net Pay: | $3,547.53 | $29,499.13 |

# Exhibit C

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com

# Invoice



BILL TO

City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1039 | 04/01/2016 | $505.00 | 05/01/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services** Apt. Full Paint 764-202 | 1 | 120.00 | 120.00 |
| **Services** Apt. Full Paint 718-310 | 1 | 120.00 | 120.00 |
| **Services** Apt. Full Paint 714-101 | 1 | 120.00 | 120.00 |
| **Services** Apt. Full Paint 756-305 | 1 | 110.00 | 110.00 |
| **Services** Apt. Full Paint 750-106 scrape all paint runs | 1 | 180.00 | 180.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

| | |
|---|---|
| PAYMENT | 145.00 |
| BALANCE DUE | **$505.00** |

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com

# Invoice



BILL TO
City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1040 | 04/01/2016 | $315.00 | 05/01/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services**<br>Apt. Clean 764-202 | 1 | 65.00 | 65.00 |
| **Services**<br>Apt. Clean 782-202 | 1 | 65.00 | 65.00 |
| **Services**<br>Apt. Clean 756-305 | 1 | 55.00 | 55.00 |
| **Services**<br>Apt. Clean 718-310 | 1 | 65.00 | 65.00 |
| **Services**<br>Apt. Clean 714-101 | 1 | 65.00 | 65.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

BALANCE DUE      **$315.00**

# Invoice

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com



BILL TO

**City Park Apartments**
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1041 | 04/14/2016 | $750.00 | 05/14/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services**<br>Apartment Clean One Bedroom 718-103, 718-203, 750-106, | 3 | 55.00 | 165.00 |
| **Services**<br>Apartment Clean two bedroom 750-110, 714-201, 782-302, 750-101, 786-201, 800-210, 752-302, 750-301, 800-301 | 9 | 65.00 | 585.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**      **$750.00**

# Invoice



**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com

BILL TO
**City Park Apartments**
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|-----------|------|-----------|----------|-------|----------|
| 1042 | 04/01/2016 | $250.00 | 05/01/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|----------|-----|------|--------|
| **Services** | 2 | 125.00 | 250.00 |
| Resurfaces counter tops 714-301 & 718-310 | | | |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**     **$250.00**

# Invoice

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com



BILL TO
City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1043 | 04/01/2016 | $350.00 | 05/01/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services**<br>Repair subfloor in bathroom apt. 718307 | 1 | 350.00 | 350.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**          **$350.00**

# Invoice

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com



BILL TO
City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1044 | 04/15/2016 | $470.00 | 05/15/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services**<br>Flood Apt 718-110,109,107 | 3 | 55.00 | 165.00 |
| **Services**<br>Flood hallway  718 | 1 | 45.00 | 45.00 |
| **Services**<br>Flood in Apt 764-102, 750-101, 716-105, 750-103 | 4 | 65.00 | 260.00 |

Make Checks Payable to: BR Shine Llc

Overdue accounts are subject to a services fee of 1% per month.

Thank you for your Business!

**BALANCE DUE**      **$470.00**

# Invoice

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com



BILL TO

City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1045 | 04/17/2016 | $2,162.00 | 05/17/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services**<br>Building Cleaning | 1 | 1,612.00 | 1,612.00 |
| **Services**<br>Main Office Clean | 1 | 550.00 | 550.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**        **$2,162.00**

**BR Shine LLC**

brshinellc@gmail.com



# INVOICE

**BILL TO**
City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

**INVOICE #** 1046
**DATE** 04/28/2016
**DUE DATE** 05/28/2016
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services**<br>Cover all the holes with cold patch around the property | 19 | 18.00 | 342.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE** **$342.00**

# Invoice

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com



BILL TO

City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1047 | 04/26/2016 | $1,590.00 | 05/26/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services**<br>Apt. Paint one Bedroom 718-103, 718-203, 750-106 | 3 | 110.00 | 330.00 |
| **Services**<br>Apt. Paint two bedrooms 750-110, 714-201, 782-302, 750-101, 786-201, 800-210, 752-302, 750-301, 800-301 | 9 | 120.00 | 1,080.00 |
| **Services**<br>Apt. 718-307 Primer and Paint | 1 | 180.00 | 180.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**     **$1,590.00**

# Invoice

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com



BILL TO
**City Park Apartments**
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1048 | 04/26/2016 | $720.00 | 05/26/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services**<br>Carpet Cleaning one bedroom 750-301, 750-105 , 752-206 | 3 | 35.00 | 105.00 |
| **Services**<br>Carpet clean two bedrooms 714-310, 756-210, 764-202, 782-301 | 4 | 45.00 | 180.00 |
| **Services**<br>Carpet clean plus scrub one bedroom 714-303, 764-203 | 2 | 55.00 | 110.00 |
| **Services**<br>Carpet clean plus scrub two bedroom 786-201, 752-104, 714-204, 744-201, 752-307 | 5 | 65.00 | 325.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**                                    **$720.00**

# Invoice



**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT 84088
(801) 647-3022
brshinellc@gmail.com

BILL TO
City Park Apartments
780 North 900 West
Salt Lake City, Utah 84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1049 | 04/26/2016 | $785.00 | 05/26/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services** Apt. clean One Bed Room 764-203, 714-303, 750-308, 750-106, 752-105, 750-305 | 6 | 55.00 | 330.00 |
| **Services** Apt. Clean Two Bed Room 714-204, 752-307, 718-307, 714-102, 744-201, 764-109, 714-304, | 7 | 65.00 | 455.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE** **$785.00**

# Invoice

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com



BILL TO

City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1050 | 04/26/2016 | $1,635.00 | 05/26/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services**<br>Apt. Paint One Bed Room 764-203, 714-303, 752-105, 750-305, 748-105, | 5 | 110.00 | 550.00 |
| **Services**<br>Apt. Paint Two Bed Room 714-204, 752-307, 714-304, 752-202, 714-102, 744-201, 752-301, 752-304 | 8 | 120.00 | 960.00 |
| **Services**<br>Apt. Paint Touch up One Bed Room 750-308 | 1 | 55.00 | 55.00 |
| **Services**<br>Apt, Paint Touch Up Two Bed Room 764-109 | 1 | 70.00 | 70.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**          **$1,635.00**

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com

# Invoice



BILL TO

City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1051 | 04/26/2016 | $510.00 | 05/26/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services** Flood Clean up  750-101 | 1 | 85.00 | 85.00 |
| **Services** Flood clean up 782-103 | 1 | 75.00 | 75.00 |
| **Services** Flood Clean Up 716-103 | 1 | 65.00 | 65.00 |
| **Services** Flood Clean up 752-202 | 1 | 65.00 | 65.00 |
| **Services** Flood Clean Up LaundryRoom Building 718 | 1 | 55.00 | 55.00 |
| **Services** Carpet clean 752-305 | 1 | 35.00 | 35.00 |
| **Services** Carpet clean + scrub 750-202 | 1 | 55.00 | 55.00 |
| **Services** Carpet Enzyme Treatment 718-102 | 1 | 75.00 | 75.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**      **$510.00**

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com

# Invoice



BILL TO
**City Park Apartments**
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1052 | 04/26/2016 | $1,085.00 | 05/26/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services**<br>Counter Tops 718-307, 750-301, 714-303, 744-201, 782-302 | 5 | 125.00 | 625.00 |
| **Services**<br>cabinets Painting  714-204, 718-307, 782-302, 752-105 | 4 | 115.00 | 460.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.

Thank you for your Business!

**BALANCE DUE**     **$1,085.00**

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com

# Invoice



BILL TO

City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1053 | 04/26/2016 | $2,525.00 | 05/26/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services** <br> Patch repair 750-110, 7 holes in bedrooms, 2 holes living room, ceiling and wall repair | 1 | 600.00 | 600.00 |
| **Services** <br> Patch Repair 744 patch hole under stairs, 718 hall way patch next to stairs, 756-305 Repair Holes, 744-204 Repair bathroom wall, wall repairs 764-307, 714-102, 760-105 | 7 | 110.00 | 770.00 |
| **Services** <br> Fix wall in bathroom 744-102, 752-105 repair ceiling in bathroom | 2 | 150.00 | 300.00 |
| **Services** <br> Fixed hole in bathroom ceiling 750-101 | 1 | 250.00 | 250.00 |
| **Services** <br> 718-307 Fix sub floor and holes | 1 | 425.00 | 425.00 |
| **Services** <br> 752-102 repair bathroom ceiling and wall | 1 | 180.00 | 180.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**            **$2,525.00**

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com

# Invoice



BILL TO

City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1054 | 04/26/2016 | $721.13 | 05/26/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services**<br>replace vinel 714-102 | 1 | 371.13 | 371.13 |
| **Services**<br>carpet stretch 714-204, 786-105, 782-105, 750-106 | 4 | 55.00 | 220.00 |
| **Services**<br>vinel repair 786-201, 748-304 | 2 | 65.00 | 130.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**                    **$721.13**

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com

# Invoice



BILL TO

City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1055 | 05/09/2016 | $2,690.00 | 06/08/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services**<br>Paint two bedrooms 718-107, 718-109, 718-110, 760-201, 744-307, 752-301, 718-102, 752-304, 718-309, 744-307, 764-107, 752-202, 718-309, 744-307, 764-107, 752-202 | 16 | 120.00 | 1,920.00 |
| **Services**<br>paint one bedroom 744-208, 748-105, 752-305, 750-308, 756-105, 714-305, 756-106 | 7 | 110.00 | 770.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**      **$2,690.00**

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com

# Invoice



BILL TO

City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1056 | 05/09/2016 | $620.00 | 06/08/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services** <br> clean one bedroom 752-305, 748-105, 744-208, | 3 | 55.00 | 165.00 |
| **Services** <br> Clean two bedroom 752-301, 718-102, 752-304, 718-309, 744-307, 764-107, 752-202. | 7 | 65.00 | 455.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**  **$620.00**

# Invoice

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT 84088
(801) 647-3022
brshinellc@gmail.com



BILL TO

City Park Apartments
780 North 900 West
Salt Lake City, Utah 84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1057 | 05/20/2016 | $2,150.00 | 06/19/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services**<br>Building Clean | 1 | 1,600.00 | 1,600.00 |
| **Services**<br>Office Clean monthly | 1 | 550.00 | 550.00 |

Make Checks Payable to: BR Shine Llc

Overdue accounts are subject to a services fee of 1% per month.

Thank you for your Business!

**BALANCE DUE**     **$2,150.00**

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com

# Invoice



BILL TO
City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1058 | 05/20/2016 | $2,240.00 | 06/19/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services** paint in one bedroom 750-306, 760-205, 744-106, 744-108 | 4 | 110.00 | 440.00 |
| **Services** Paint in Two Bedroom 764-310, 756-310, 714-302, 760-307, 746-307, 744-307, 800-107, 750-102, 756-110, 748-307, 800-307, 744-310, 718-109, 718-110, 760-201 | 15 | 120.00 | 1,800.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**      **$2,240.00**

# Invoice

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com



BILL TO
City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1059 | 05/20/2016 | $55.00 | 06/19/2016 | Net 30 | |

| ACTIVITY | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | | | | 55.00 |
| | | 1 | 55.00 | |

**Services**
cleaning one bedroom 756-105

BALANCE DUE                    **$55.00**

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

# Invoice



**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com

BILL TO
**City Park Apartments**
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|-----------|------|-----------|----------|-------|----------|
| 1060 | 05/20/2016 | $160.00 | 06/19/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|----------|-----|------|--------|
| **Services**<br>carpet cleaning one bedroom 744-106, 744108 | 2 | 35.00 | 70.00 |
| **Services**<br>carpet cleaning two bedrooms 748-310, 746-310 | 2 | 45.00 | 90.00 |

BALANCE DUE          **$160.00**

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

# Invoice

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com



BILL TO
**City Park Apartments**
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1061 | 06/01/2016 | $1,650.00 | 07/01/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services** Painting One BedRoom 800-206, 800-208, 716-306, 746-208, 716-105, 744-208, 714-308, 744-203, 752-308 | 9 | 110.00 | 990.00 |
| **Services** Painting Two BedRoom 744-107, 716-107, 750-201, 714-107 | 4 | 120.00 | 480.00 |
| **Services** 760-210 Paint two bedroom and primer red stain all over the aparment | 1 | 180.00 | 180.00 |

**BALANCE DUE**  **$1,650.00**

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

# Invoice



**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT 84088
(801) 647-3022
brshinellc@gmail.com

BILL TO
**City Park Apartments**
780 North 900 West
Salt Lake City, Utah 84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1062 | 06/01/2016 | $175.00 | 07/01/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services** one bed room cleaning  716-306, 800-206 | 2 | 55.00 | 110.00 |
| **Services** two bed room cleaning 756-310, | 1 | 65.00 | 65.00 |

BALANCE DUE    **$175.00**

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

# Invoice

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com



BILL TO

**City Park Apartments**
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1064 | 06/21/2016 | $100.00 | 07/21/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services** Carpet clean hallway Bldg. 756 do to bad spilt 1st floor | 1 | 100.00 | 100.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**          **$100.00**

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com

# Invoice



BILL TO

**City Park Apartments**
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1066 | 06/21/2016 | $25.00 | 07/21/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services** | | | |
| Touch up clean 744-203 | 1 | 25.00 | 25.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

BALANCE DUE                         **$25.00**

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com

# Invoice



BILL TO
City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1067 | 06/21/2016 | $140.00 | 07/21/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services** | | | |
| Carpet Clean 748-208, 714-307, 746-309, 744-201 | 4 | 35.00 | 140.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

BALANCE DUE         **$140.00**

**BR Shine LLC**

brshinellc@gmail.com



# INVOICE

**BILL TO**
City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

**INVOICE #** 1069
**DATE** 06/24/2016
**DUE DATE** 07/24/2016
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services** Carpet clean Building #756 2nd and 3er floors | 1 | 200.00 | 200.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**            **$200.00**

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com

# Invoice



BILL TO
City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1070 | 06/24/2016 | $1,827.50 | 07/24/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services** <br> Building cleaning from June 1st to June 23, 2016 | 1 | 1,360.00 | 1,360.00 |
| **Services** <br> Office clean June 1st to June 23,2016 | 1 | 467.50 | 467.50 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**          **$1,827.50**

**BR Shine LLC**

brshinellc@gmail.com



# INVOICE

**BILL TO**

City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

**INVOICE #** 1071
**DATE** 06/24/2016
**DUE DATE** 07/24/2016
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services** Apt. Paint One Bedroom 716-106 | 1 | 110.00 | 110.00 |
| **Services** Apt. Paint Two Bedroom 800-201, 744-109, 764-110, 744-301, 746-309 | 5 | 120.00 | 600.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE** **$710.00**

**BR Shine LLC**
8393 Dunlop Court
West Jordan, UT  84088
(801) 647-3022
brshinellc@gmail.com

# Invoice



BILL TO

City Park Apartments
780 North 900 West
Salt Lake City, Utah  84116

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1072 | 06/23/2016 | $250.00 | 07/23/2016 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services**<br>Repair ceiling hole bathroom 746-209 | 1 | 250.00 | 250.00 |

Make Checks Payable to: BR Shine Llc
Overdue accounts are subject to a services fee of 1% per month.
Thank you for your Business!

**BALANCE DUE**          **$250.00**